IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15-cv-178

| | | |
|---|---|---|
| RICKY D. CHANDLER, MICHAEL K. GRANT, DAVID M. SMITH, and JIMMY R. HYATT, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | ORDER |
| ANCHOR STEAM POWER CO., INC. DEFINED BENEFIT PLAN; ANCHOR STEAM POWER CO., INC.; and JOHN W. ROW, II, Plan Administrator, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the undersigned pursuant to a Certification and Report of F.R.C.P. 26(f) Conference and Discovery Plan (#4). Having reviewed the Complaint (#1), the Answer (#3) and the Certification and Report (#4), the undersigned has determined it may be beneficial to conduct a hearing and conference with counsel for the Plaintiffs and counsel for Defendants in regard to the preparation of the discovery plan.

# ORDER

**IT IS, THEREFORE**, **ORDERED** that the undersigned will set a hearing for a conference with counsel for the Plaintiffs and counsel for the Defendants for **October 22, 2015 at 2:00 p.m. in Courtroom #2 of the United States Courthouse**

1

**in Asheville, NC**.  Counsel for Plaintiffs and counsel for Defendants are required to be present for this conference.

Signed: October 14, 2015

Dennis L. Howell
United States Magistrate Judge