IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15cv178

| RICKY D. CHANDLER, et al., | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) | ORDER |
| ANCHOR STEAM POWER CO., INC, | ) |  |
| DEFINED BENEFIT PLAN, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

Pending before the Court is the Consent Motion to hold Case Management Deadlines in Abeyance [# 13]. For good cause shown, the Court **GRANTS** the motion [# 13]. The Court extends the discovery and motions deadlines in this case for thirty (30) days to allow the parties to engage in settlement discussions.

Signed: February 29, 2016

Dennis L. Howell
United States Magistrate Judge